# United States Court of Appeals
## For the First Circuit

No. 00-1056

WINIFRED N. COTTER, ET AL.,

Plaintiffs, Appellees,

v.

MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS,
DENNIS A. WHITE and HAROLD WHITE,

Proposed Intervenors, Appellants.

_____

CITY OF BOSTON, JAMES J. HARTNETT, JR.,

Defendants, Appellees.

**ERRATA**

The opinion of this court issued on July 17, 2000, is amended as follows:

On page 5, second full paragraph, line 8, replace the word "restricts" with the word "restrict[]".